# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>v.<br><br>Ira Jeffrey Gaines,<br><br>       Defendant. | No. CR-21-00266-001-PHX-GMS<br><br>**ORDER** |

Pursuant to Defendant's Amended Motion to Modify Release Conditions for Defendant Gaines (Doc. 79), no objection by the Government or Pretrial Services, and good cause appearing,

IT IS ORDERED granting the motion. Defendant Ira Jeffrey Gaines is permitted to travel to and reside at his residence in La Jolla, California, for a period of 90 days from the date of this order. All other conditions of release remain in effect.

No excludable delay shall occur from the entry of this Order.

Dated this 23rd day of June, 2021.

_____
G. Murray Snow
Chief United States District Judge

cc: PTS