CR-21-00266-001-PHX-GMS, USA v. Gaines

Victim List and restitution amounts

| **ADMQ 6-11 to 6-14** | **Sum of Net Amount** |
|---|---:|
| CANACCORD GENUITY LLC<br>IEG TRADING DESK<br>350 MADISON AVE FL 11<br>NEW YORK NY 10017-3719 | 550.00 |
| GTS SECURITIES LLC<br>545 MADISON AVENUE<br>15TH FLOOR<br>NEW YORK      NY 10022 | 1,000.00 |
| KCA LLC<br>300 VESEY STREET<br>11TH FLR | 1,068.45 |

| **GRNH 4-12 to 4-15** | |
|---|---:|
| AARON C HUBER<br>IRA E*TRADE CUSTODIAN<br>1844 WADHAMS RD<br>1844 WADHAMS RD<br>SAINT CLAIR MI  48079 | 112.01 |
| ALEXANDER H GIANIS<br>PO BOX 1191<br>18 OCEAN AVE<br>EAST HAMPTON NY  11937-8005 | 175.46 |
| ARTHUR C RUSSELL JR<br>18417 W STATE ROUTE 579<br>MARTIN  OH  43445-9726 | 1,715.40 |
| CANACCORD GENUITY LLC<br>IEG TRADING DESK BOOK<br>1210SP ASIA REGION<br>535 MADISON AVE<br>NEW YORK NY 10022-4214 | 2,126.24 |
| CITADEL SECURITIES LLC<br>TRADING ACCOUNT<br>131 SOUTH DEARBORN STREET<br>32ND FLOOR | 8,243.40 |

CHICAGO, IL 60603-5517

| | |
|---|---|
| DAVID S RENEAU<br>PO BOX 21<br>LOCUST GROVE    OK 74352-0021 | 425.45 |
| DOMINIC LICATA<br>4434 BLACK FOX DR<br>NEW PORT RICHEY FL    34653 | 495.00 |
| EDWARD F IRVIN<br>16 PALISADE ST APT 4A<br>STATEN ISLAND NY    10305 | 185.90 |
| ERIC M KEARNS<br>ROTH IRA E*TRADE CUSTODIAN<br>5567 SPRING RIDGE DR W<br>MACUNGIE PA  18062-9569 | 169.68 |
| FMT CO CUST IRA<br>FBO TIMOTHY ALLEN HAHN<br>7824 FOREST EDGE DR.<br>ROANOKE    VA 24018-5843 | 269.99 |
| G1 EXECUTION SERVICES, LLC<br>FIRM TRADING ACCOUNT<br>SUITE 1700<br>175 W JACKSON BLVD<br>CHICAGO IL 60604-2615 | 8,650.81 |
| GORDON RALPH STANLEY &<br>JOANNE BEAL STANLEY TEN/COM<br>11200 KELLY RD<br>TANNER AL    35671 | 326.00 |
| HELMUT LOEFFLER<br>12001 DEBARAH RD<br>JACKSONVILLE  FL  32220 | 133.60 |
| HERBERT D GREFF &<br>FRANCINE R GREFF JTWROS<br>121 S. BROADLEIGH ROAD<br>COLUMBUS OH  43209-1903 | 429.75 |

| | |
|---|---|
| JACOB C OOMMEN &<br>VALSA JACOB JT TEN<br>1888 FOSTER ST<br>PHILADELPHIA PA      19116 | 100.20 |
| JAMES C ROMERO &<br>APRIL ROMERO JTWROS<br>4248 LON DALE ROAD<br>OAKDALE CA  95361 | 103.20 |
| JAMES D MULVANEY<br>526 SE 25TH TER<br>CAPE CORAL FL  33904-2813 | 168.50 |
| JASON E EDDY<br>3446 SYLVAN DR<br>LUCAS OH  44843-9766 | 489.00 |
| JOHN ANTHONY NAPORA ROTH IRA<br>TD AMERITRADE CLEARING INC<br>CUSTODIAN 682 SEABECK HOLLY RD<br>W SEABECK  WA  98380-9494 | 252.00 |
| JOSEPH LEONARD CZARNIECKI<br>532 SWAN CREEK RD<br>FORT WASHINGTON MD      20744 | 168.00 |
| KCA LLC<br>300 VESEY STREET<br>11TH FLR | 3,955.59 |
| LARRY D LONG<br>31 OAK FOREST PLACE<br>N/A<br>MAUMELLE      AR 72113-6827 | 147.44 |
| LARRY DEAN HALDA<br>1408 NEW MILL DR<br>CHESAPEAKE     VA 23322-7060 | 335.00 |
| LAWRENCE BOULLY TOD<br>11150 LAKE SHORE DR<br>LAND O LAKES  FL  34637 | 172.90 |

| Name / Address | Amount |
|---|---|
| MARK D MARRESE<br>113 RIVER BLUFFS DRIVE<br>NEW BERN NC  28560-8495 | 103.20 |
| MARYKARLA GRACIA &<br>ANTHONY GRACIA JT TEN<br>6 MEADOW VIEW DR<br>BROOKFIELD  CT  06804 | 4,587.45 |
| MELISSA K GOODNIGHT<br>11103 EDISON RD<br>OSCEOLA  IN  46561-9728 | 335.00 |
| MICHAEL J LIS<br>15 GEORGE ST.<br>MINE HILL NJ  07803-2907 | 483.04 |
| MICHAEL S BLAINE TOD<br>PO BOX 107<br>WEST WARREN  MA  01092-0107 | 521.28 |
| MICHELLE K MARRESE<br>100 MYRTLE GROVE ROAD<br>NEW BERN NC  28562-2248 | 172.00 |
| NICOLE YK HAMILTON<br>207 5TH AVE N<br># 1105<br>OKANOGAN WA  98840 | 125.25 |
| RAYMOND KING<br>1459 E 66TH PL<br>CHICAGO       IL 60637-4420 | 169.00 |
| SCOTT ANDREW MARTIN<br>85 W RIDGE RD<br>WALDOBORO       ME 04572-6175 | 126.75 |
| STAN-LEE HEATH<br>347 W CHESTNUT ST UNIT 2208<br>CHICAGO       IL 60610-3025 | 251.25 |

| | |
|---|---|
| TERESA L WHITNEY<br>6212 E PRINCE ST<br>PRESCOTT VALLEY  AZ<br>86314-2930 | 150.48 |
| THOMAS HERRERA<br>305 E 40 ST<br>8P<br>NEW YORK NY  10016-2019 | 504.00 |
| TONIA STEPHENS<br>2 LENNON LANE<br>WILTON CT  06897-4422 | 133.88<br>133.88 |
| TYRONE WILLIAMS<br>12014 PARKER ESTATES CT<br>FLORISSANT        MO 63033 | 154.35 |
| USAA FEDERAL SAVINGS BANK<br>ROTH IRA<br>FBO WILLIAM G ELCOATE<br>250 BOULDER DR<br>DUBLIN            NH 03444 | 102.60 |
| USAA FEDERAL SAVINGS BANK<br>SEP IRA<br>FBO ANDREW J BUSCHUR<br>12664 BUCK RUN DR<br>NOBLESVILLE       IN 46060 | 1,521.00 |
| WIESLAW KOLODZIEJ<br>216 JEFFERSON LN<br>WOOD DALE  IL  60191-1838 | 333.25 |

**SAGD 1-21 to 1-24**

| | |
|---|---|
| ALEX AMOROSO JR &<br>VERA AMOROSO  JT TEN<br>6491 HOMESTEAD FARM LN<br>#AA<br>LIBERTY  NC  27298-9585 | 240.00 |
| ALLEN E ELWELL ROTH IRA<br>TD AMERITRADE CLEARING,<br>CUSTODIAN PO BOX 967<br>HOLBROOK  AZ  86025-0967 | 2,912.28 |

| | |
|---|---|
| ANDY AGOPYAN<br>3806 ALONZO AVE<br>ENCINO  CA  913164405 | 562.50 |
| BECKI CARLSON<br>1318 SE VESTRIDGE LN<br>PORT SAINT LUCIE  FL<br>34952-7617 | 256.80 |
| BRADLEY BRUNSMAN 2247 CHRISTIA<br>N LN 2B LISLE IL 60532-2805 | 575.75 |
| CANACCORD GENUITY INC<br>AVERAGE PRICE ACCOUNT<br>535 MADISON AVENUE<br>NEW YORK, NY 10022 | 311.80 |
| CANACCORD GENUITY INC<br>IEG TRADING DESK BOOK<br>1210SP ASIA REGION<br>535 MADISON AVENUE<br>NEW YORK, NY 10022-4214 | 1,099.88 |
| CAPITAL ONE INVESTING, LLC.<br>-OMNIBUS ACCOUNT--<br>7940 DOMINION PARKWAY<br>PLANO TX 75024 | 1,242.00 |
| CITADEL SECURITIES LLC<br>TRADING ACCOUNT<br>131 SOUTH DEARBORN STREET<br>32ND FLOOR<br>CHICAGO, IL 60603-5517 | 16,448.85 |
| DIANE LYNN ENDRES IRA<br>TD AMERITRADE CLEARING,<br>CUSTODIAN 2317 W CORTEZ ST<br>PHOENIX  AZ  85029-3446 | 192.00 |
| DOMINIC V CARUSO<br>7 WOODLAND ST<br>SOUTHBRIDGE MA          01550 | 611.30 |
| DPR TRUST<br>UAD 05/03/2011 | 495.75 |

DAVE P ROBINSON TTEE
6770 CROW CANYON ROAD
CASTRO VALLEY CA  94552-9678

G1 EXECUTION SERVICES, LLC                1,354.55
FIRM TRADING ACCOUNT
175 W. JACKSON BLVD
SUITE 1700
CHICAGO, IL 60604-2816

GARY WESLEY ROBINSON                        233.98
TRAD IRA VFTC AS CUSTODIAN
5925 BELL RD
AUBURN CA  95602-7835

GORDON LLOYD SEROS                          251.28
CHARLES SCHWAB & CO INC CUST
SEP-IRA
10111 SAVONA DR
SACRAMENTO CA          95829

HIGH AMPLITUDE TRADING CAPITAL            1,052.00
LLC
713 95TH AVE NE BELLEVUE WA 98
004 UNITED STATES

HUGO  Y SUAREZ                              473.51
OPS/OI DIV
USS FITZGERALD DDG62
FPO AP  96665-1280

HUY NGOC NGUYEN JULIE XUANTHU               808.50
NGUYEN JT TEN 37 CHARISMA DR C
AMP HILL PA 17011-1010

JAMES T TAHARA ROLLOVER IRA                 120.00
TD AMERITRADE CLEARING INC
CUSTODIAN 2900 RIACHUELO
SAN CLEMENTE  CA  92673-4058

JASON EDWARD GOLDITCH 151 KILL              246.00
ARNEY RD WEXFORD PA 15090-8433

JASON HEYDORN                               179.85
3227 E. FREMONT DRIVE
CENTENNIAL CO  80122-1919

| | |
|---|---|
| JEFFREY HERMAN<br>11026 SUMMERSPRING LAKES DR<br>ORLANDO  FL  32825 | 357.04 |
| JEFFREY HERMAN SIMPLE IRA<br>TD AMERITRADE CLEARING,<br>CUSTODIAN 11026 SUMMERSPRING<br>LAKES DR ORLANDO  FL  32825 | 220.00 |
| JOE E GLENN JR<br>40 COUNTRY CLUB RD<br>GROTON  CT  06340-5863 | 154.42 |
| JOHN M MATHES & ADA ELIZABETH<br>MATHES JT TEN TOD JOHN MARK<br>MATHES III SUBJ TO STA TOD<br>RULES 130 CONCORDIA DR<br>BELLA VISTA  AR  72715-8425 | 220.60 |
| KAREN B RUFFY<br>SEP IRA E*TRADE CUSTODIAN<br>109 TREMONT DR<br>SALISBURY NC  28147-7813 | 1,150.00 |
| KCA LLC<br>300 VESEY STREET<br>11TH FLR | 11,588.92 |
| KUMAR BRAHMBHATT<br>17061 GROVE CIR<br>APT A<br>HUNTINGTON BEACH  CA<br>92647-5564 | 240.00 |
| KYLE W CREVLING<br>58 SEASHORE POINT<br>CLAYTON NC  27520 | 507.65 |
| LARRY R JOHNSON 612 BYRD DR HA<br>RLEM GA 30814-3422 | 105.00 |
| LIJUN YANG | 347.30 |

| | |
|---|---|
| 2414 BRAXTON WOOD LANE APEX NC 27523 UNITED STATES | |
| LUIS RODRIGUEZ<br>4744 E MONTECITO AVE<br>PHOENIX  AZ  85018-4334 | 123.00 |
| MICHAEL S WAN<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>229 OBSIDIAN WAY<br>HERCULES CA         94547 | 935.75 |
| MICHAEL WILLIAMS<br>12 DOGWOOD DRIVE<br>BURLINGTON       NJ 08016 | 474.03 |
| MICHELLE SMOTZER<br>530 BROCKINTON S<br>SAINT SIMONS ISLAND  GA<br>31522-6014 | 379.08 |
| NEIL A ALTENHOFEN &<br>HOLLY A ALTENHOFEN JT TEN<br>TOD<br>14797 259TH AVE NW<br>ZIMMERMAN  MN  55398-8326 | 240.00 |
| NORMAN CLEMO ROLLOVER IRA TD<br>AMERITRADE CLEARING, CUSTODIAN<br>34522 DOE RUN<br>LEWES  DE  19958-3327 | 1,123.50 |
| NTC AS CUSTODIAN<br>HOLDER CONSTRUCTION GROUP LLC<br>PS & FBO WILLIAM H THOMASON<br>112 AVALON DRIVE<br>MCDONOUGH  GA  30252 | 396.00 |
| PATRICK A HENRY 5326 IRON WEED<br>LN MC LEANSVILLE NC 27301-9787 | 150.00 |
| PAUL ALVIN SELLS IRA TD<br>AMERITRADE CLEARING, CUSTODIAN | 551.50 |

2908 W 120TH TER
LEAWOOD  KS  66209-1133

| | |
|---|---|
| PAUL G RYAN<br>70 BROAD STREET<br>APT  2<br>SALEM MA  01970-3142 | 110.00 |
| RICHARD HOWARD<br>3041 PERCH LN SW<br>MARIETTA GA  30008-5974 | 119.00 |
| ROBBERT DE GRANJE 2500 COUNTY<br>BARN RD NAPLES FL 34112-7416 | 1,559.25 |
| ROBERT C FARKAS 18336 CEDAR IS<br>LAND BLVD BROWNSTOWN TWP MI 48<br>174-9584 | 828.00 |
| SCOTTRADE INC CUST FBO JOHN WI<br>LCOX ROLLOVER IRA 285 WATKINS<br>RD BLANCHESTER OH 45107-1057 | 123.00 |
| SCOTTRADE INC CUST FBO PATRICI<br>A ANN SANDERS ROTH IRA 4382 FE<br>RNWOOD DR HOUSE SPRINGS MO 630<br>51-1728 | 318.75 |
| TERRY HOWARD WERTS<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>119 E MANOR DRIVE<br>GRIFFITH IN          46319 | 1,100.00 |
| THOMAS LAMOURE<br>8964 SE PELICAN ISLAND WAY<br>HOBE SOUND FL  33455 | 229.13 |
| TRINDA REDMOND<br>2215 VIEWLAND CIR<br>CHRISTIANSBURG  VA  24073-7047 | 205.56 |

| | |
|---|---:|
| WILLIAM SHINE ROTH IRA TD | 343.53 |
| AMERITRADE CLEARING, CUSTODIAN | |
| 11961 LAKESHORE S | |
| AUBURN  CA  95602-8244 | |
| **Grand Total with Victims <$100** | 95,745.18 |
| # of Victims <$100 | 95 |